CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

60 S. Market, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5081
neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN GUZMAN,<br><br>Defendant. | Case No. 26-CR-00310-EJD<br><br>STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |

The parties appeared before the Court on September 23, 2026, for an initial appearance and arraignment. The Court set a status hearing for November 2, 2026. The Government is in the process of providing discovery to Defendant. Accordingly, the parties stipulate and agree that excluding time until November 2, 2026, will allow for the effective preparation and continuity of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from September 23, 2026, to November 2, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED

CRAIG H. MISSAKIAN
United States Attorney

Dated: September 29, 2026

/s/ Neal Hong
NEAL C. HONG
Assistant United States Attorney

/s/ Jai Gohel
JAI M. GOHEL
Counsel for Defendant

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby excludes time under the Speedy Trial Act from September 23, 2026, to November 2, 2026. The Court finds that failing to exclude the time from September 23, 2026, to November 2, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 23, 2026, to November 2, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 23, 2026, to November 2, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: September 29, 2026

Virginia K. DeMarchi

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge